

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2016

No. 04-15-00773-CV

**AECOM USA, INC**. and TCB, Inc.,
Appellants

v.

Jose Maria **MATA,** Individually, as Next Friend of Monica Gabriel Mata, and on behalf of the Estate of Martha Alicia Jimenez-Mata; Juan Gil Mata, Individually, and as Next Friend of Juan Gilardo Mata, Gilberto Mata, Jose M. Mata Jimenez, and Saira Moreno,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 14-09-30070-MCV
Honorable Cynthia L. Muniz, Judge Presiding

**ORDER**

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ,

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that Appellees recover their costs of this appeal from Appellants.

It is so **ORDERED** on September 21, 2016.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

Keith E. Hottle, Clerk